AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

for the

District of New Mexico

JUN 1 5 2026

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | **ERIK PALTROW** |
| Matthew Albain Alarcon | ) | **CLERK OF COURT** |
| | ) | Case No. 26-3069 mj |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 4, 2026 _____ in the county of _____ Las Cruces _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922 (g) | Felon in Possession of Firearm and Ammunition |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Lilly Aldana, FBI Special Agent
_Printed name and title_

Sworn to ~~before me and signed in my presence~~. by telephone. KS

Date: 06 - 15 - 2026

_____
_Judge's signature_

City and state: _____ Las Cruces, New Mexico _____

Kevin R. Sweazea, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lilly Aldana, being first duly sworn, hereby depose and state as follows:

1. The information contained herein is based upon my investigation as well as information supplied to me by other duly sworn law enforcement officers, and does not contain all information known to me, only facts for consideration of probable cause. I make this affidavit in support of a criminal complaint alleging that there is probable cause to find that Matthew Albain Alarcon, violated 18 U.S.C. § 922(g). I am authorized by the Attorney General to request an arrest warrant.

2. Matthew Albain Alarcon (hereinafter Alarcon) is a convicted Felon. Alarcon was sentenced on October 2, 2012, by the Santa Rosa District Court, New Mexico in D-424-CR-201200026 for Possession of a Controlled Substance (Felony - Narcotic Drug).

3. On May 4, 2026, at approximately 06:00 a.m., Las Cruces Police Department (LCPD) officers were dispatched to St. Genevieve's Catholic Church, 100 S. Espina, Las Cruces, New Mexico, in reference to a reported shooting. Upon arrival, LCPD officers observed five bullet holes through the front glass entrance of the church and five .380 caliber shell casings.



4.      The LCPD officer reviewed the video footage and observed a black 2020 Chevrolet Malibu arrive at the church parking lot and parking in front of the church. A subject is observed exiting the driver side of the vehicle and then firing rounds at the entrance door of the church with a handgun.

 

5.      On or about May 11, 2026, an LCPD officer observed a black 2020 Chevrolet Malibu at Miller Guns & Ammo, 518 N. Telshor Boulevard, Las Cruces, New Mexico, while responding to a call of an attempted burglary. The driver of the vehicle was identified as Matthew Albian Alarcon. A search warrant was executed on Alarcon's vehicle and a Lorcin L380 handgun (Serial Number: 064817) was recovered.

6.      During an interview on May 14, 2026, Alarcon admitted to shooting the church due to his religious beliefs and for him being the chosen one to do it. Alarcon admitted that the Lorcin L380 handgun located in his vehicle was his and that it was a gift he received.

7.      Based on my training, experience and independent research, I know that a Lorcin L380 handgun (Serial Number: 064817) is not manufactured in the State of New Mexico. Therefore, the firearm that Alarcon was in possession of traveled in interstate commerce to be present in the State of New Mexico.

8.      Based on the foregoing, I submit that probable cause exists to believe that Matthew Albain Alarcon, violated 18 U.S.C. § 922(g) by possessing a firearm and ammunition as a convicted felon.

**This affidavit was reviewed by AUSA Maria Armijo.**

Respectfully submitted,

Lilly Aldana
Special Agent
Federal Bureau of Investigation

by telephone KS
Subscribed and sworn to ~~before me~~ on _____ June 15 ____, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE